UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA :
                                          : **ORDER**

v. :

                                          : 18 CR 818 (VB)

CHESTER BROWN, :
                Defendant. :
------------------------------------------------------x

        For the reasons stated on the record at today's pretrial conference, the schedule for trial and pretrial submissions is as follows:

1. Rule 404(b) evidence shall be disclosed by no later than January 21, 2020.

2. Motions in limine, including any government motion to admit Rule 404(b) evidence, shall be filed by January 21, 2020. Opposition to any motions in limine shall be filed by January 31, 2020. No replies will be permitted.

3. Proposed voir dire and the government's requests to charge shall be filed by February 10, 2020. The parties are encouraged, to the extent possible, to agree on requests to charge.

4. On consent of the government, 3500 material and <u>Giglio</u> material shall be produced by February 10, 2020.

5. Marked government case-in-chief exhibits shall be produced by February 10, 2020.

6. The final pre-trial conference is scheduled for February 18, 2020, at 10:00 a.m.

7. Jury selection and trial are scheduled for February 24, 2020, at 9:30 a.m.

8. Time is excluded under the Speedy Trial Act in the interest of justice through February 18, 2020.

Dated: November 18, 2019
       White Plains, NY

                                                        SO ORDERED:

                                                        Vincent L. Briccetti
                                                        United States District Judge