**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 Franklin Avenue, Suite 305**
**Garden City, New York 11530**
**(516) 742-5600 Fax (516) 742-5040**
**Email: JSWallensteinEsq@outlook.com**

January 21, 2020

**BY ECF**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 1/21/20
White Plains, NY

    Re:    United States v. Chester Brown
            Docket # 18 CR 818 (VB)

Dear Judge Briccetti,

    Motions in limine in this matter are due today, and trial is scheduled to commence on February 24. The parties have been engaging in plea negotiations, which may well result in a resolution. Therefore, we respectfully request that the motion deadline be extended for one week, until January 28, 2020.

    I have discussed this with AUSAs Jamie Bagliebter and Courtney Heavey and the Government concurs.

    Thank you for your courtesy and consideration.

Respectfully yours,

JOHN S.
WALLENSTEIN, ESQ.
Digitally signed by JOHN
S. WALLENSTEIN, ESQ.
Date: 2020.01.21
15:37:00 -05'00'

JOHN S. WALLENSTEIN

JSW/hs