

**U.S. Department of Justice**

*United States Attorney*

> APPLICATION GRANTED:
> Sentencing is adjourned to 6/24/2020 at 10:00 a.m. Defense submission due 6/12/2020. Government submission due 6/19/20.
> SO ORDERED:
>
> _____
> Vincent L. Briccetti. U.S.D.J.
> 4/21/2020

Hon. Vincent Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Chester Brown,* 18 Cr. 818 (VB)

Dear Judge Briccetti:

    The Government writes to respectfully request an adjournment of the sentencing for defendant Chester Brown in the above-referenced case, which is currently scheduled for May 14, 2020 at 10:30 a.m. The adjournment is requested jointly by both parties in light of the ongoing health crisis caused by the COVID-19 virus. The parties propose that the sentencing be scheduled on June 22, 2020 or June 24, 2020, if those dates are convenient for the Court.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney


        By:   /s/_____
        Jamie Bagliebter
        Courtney Heavey
        Assistant United States Attorneys
        (212) 637-2236

cc:  Defense Counsel (by ECF)