# LAW OFFICES
# JOHN S. WALLENSTEIN

1100 Fr[anklin Avenue]
Garden [City, NY]
(516) 742-[****]
Email: JSW[****]

> The sentencing is adjourned without date. The sentencing hearing scheduled for 9/18/2020 at 11:00 a.m. is converted to an in-person status conference at which the matters raised in this letter will be addressed. Counsel is advised that the Court will not consider a motion to withdraw the guilty plea until a formal motion on notice is made, and the government has had an opportunity to respond. By 9/15/2020, Mr. Wallenstein shall advise the Court in writing whether a motion to withdraw the guilty plea, if made, would create a conflict for Mr. Wallenstein.
>
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.      9/11/2020

**BY ECF**
Hon. Vincent Briccetti
United States District Court,
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Chester Brown
      Docket # 18 CR 818 (VB)

Dear Judge Briccetti,

Sentencing for Mr. Brown is presently scheduled for September 18, 2020. In a video conference call with my client this morning, after a discussion of the sentencing proceeding and the presentation he and I intend to make to Your Honor, Mr. Brown informed me that he is unhappy with the plea agreement and wishes to withdraw his guilty plea and proceed to trial. He asserts that his plea was coerced and involuntary.

Therefore, on Mr. Brown's behalf, I hereby respectfully request that the Court permit the defendant to withdraw the guilty plea entered on January 23, 2020, and reschedule a trial on the superseding indictment.

I also request the Court convert next Friday's proceeding from sentencing to a status conference/hearing on the defendant's application for withdrawal of his plea.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*

JOHN S. WALLENSTEIN

JSW/hs

cc:   Chester Brown (by regular mail