UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA      :
                              :     **ORDER**
v.                            :
                              :     18 CR 818 (VB)
CHESTER BROWN,                :
                Defendant.    :
----------------------------------------------------------x

It is hereby ORDERED that John S. Wallenstein, Esq., is relieved as attorney of record for defendant Chester Brown, and Richard D. Willstatter, Esq., is appointed as defendant Brown's attorney pursuant to the Criminal Justice Act.

The next scheduled conference in this case, which will be held by telephone conference, is October 21, 2020, at 11:00 a.m.

Dated: September 18, 2020
       White Plains, NY

                                     SO ORDERED:

                                     _____
                                     Vincent L. Briccetti
                                     United States District Judge