# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  
RICHARD D. WILLSTATTER

(914) 948-5656  
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

Hon. Vincent L. Briccetti  
United States District Court  
300 Quarropas Street  
White Plains, New York 10601

> APPLICATION GRANTED
> Sentencing adjourned to **2/12/2021 at 3:00 p.m.** The Court expects to conduct the sentencing in person at the courthouse.
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J.   12/2/2020

Re: <u>United States v. Chester Brown</u>  
18 Cr. 818 (VB)

Dear Judge Briccetti:

    This letter is to advise the Court that Chester Brown wishes to be physically present at his sentencing, understanding that this Court will likely adjourn the sentencing now scheduled for December 16, 2020 to late January 2021 (or later). The government consents to the adjournment.

    Counsel for both parties are currently available Monday, January 25 all day, Tuesday afternoon January 26, Wednesday January 27 all day, Thursday afternoon January 28 and all day Friday January 29, 2021.

Very truly yours,

/s/ _____  
RICHARD D. WILLSTATTER

cc: Jamie Bagliebter  
    Courtney Heavey  
    Assistant United States Attorneys  
    (By ECF)

    Mr. Chester Brown  
    (By mail)