UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

_USA_ ,

Plaintiff(s),

v.

_Chester Brown_ .

Defendant(s).

------------------------------------------------x

**CALENDAR NOTICE**

18 CR 818 (VB)

~~PLEASE~~ TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

____ Status conference

____ Telephone conference

____ Pre-motion conference

____ Settlement conference

____ Oral argument

____ Bench ruling on motion

____ Final pretrial conference

____ Jury selection and trial

____ Bench trial

____ Suppression hearing

____ Plea hearing

✓ Sentencing

on _4-23-_, 20_21_, at _3:30 PM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _2-12-21_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _1-12-_, 20 _21_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge