UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_US_,
                   Plaintiff(s),

**CALENDAR NOTICE**

18 CR 818 (VB)

v.

_Chester Brown_,
                   Defendant(s).
------------------------------------------------------------x

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference      ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument      ___ Plea hearing

___ Bench ruling on motion      ✓ Sentencing

on __4-5-__, 20__21__, at __3:15pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __4-23-21__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __1-14-__, 20__21__
White Plains, NY

SO ORDERED:

_[signature]_

Vincent L. Briccetti
United States District Judge