## MEMORANDUM ENDORSEMENT

<u>United States v. Chester Brown</u>
S1 18 CR 818 (VB)

    Defendant's former CJA attorney, Richard D. Willstatter, Esq. is re-appointed as defendant's CJA attorney for the sole purpose of responding to this order and to the attached letter, which the Court received on February 1, 2022.

    The Court directs Mr. Willstatter to provide to Mr. Brown the records and documents identified in the letter. If Mr. Willstatter requires the assistance of the Court in this regard, he may seek appropriate relief.

Dated: February 14, 2022
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE Southern District of New York

Petitioner,
Chester Brown

v.

UNITED STATES OF AMERICA,
Respondent.

Civil No.: S1 18 CR 818(VB)

RECEIVED FEB 01 2022 U.S.D.C. W.P.

Motion For Production of Records & Documents

Comes now, the Petitioner, CHESTER BROWN, in pro se and moves the Clerk of Court for a copy of the following records and documents sufficient that I may later file a motion seeking relief. Specifically, I need a copy of the following:

- Updated copy of the Docket Sheet
- Copy of the transcripts - Sentencing
- Copy of any Orders and decisions
- Copy of any and all discovery information that is on the record

Petitioner has a right to a meaningful appeal based upon a complete transcript. U.S. v. Morgan, 191 F3d 532 (4th Cir. 1999). Petitioner, an indigent movant cannot be denied a 'record of sufficient completeness' as to permit a proper consideration of my claims. Mayer v. Chicago, 404 US 189 (1971). Petitioner's Constitutional right to access to legal resources (such as sought here) is not conditioned upon a showing of need. Ruark v. Solano, 928 F2d 947 (10th Cir. 1991). And the Supreme Court has held that the supplying of a trial transcript to an indigent may not be conditioned upon approval of a judge. Draper v. Washington, 372 US 487, 83 SCt 774, 9 LEd2d 899 (1963). Please forward the requested materials to the address listed below.

Date: 1-27-22

Respectfully Submitted,

By: Chester Brown
Fed. Reg. No. 86048-054
USP Pollock
P.O Box 2099
Pollock, Louisiana 71467